UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**INTERSTATE RESTORATION, LLC,**

   Plaintiff,

v.                                                                 No. 4:22-cv-0128-P

**KELLY DIXON,**

   Defendant.

## FINAL JUDGMENT

   This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 14):

   It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

   The Clerk shall transmit a true copy of this Final Judgment to the parties.

   **SO ORDERED** on this **10th day** of **May, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE